Official Form 1 (1/08)

| **United States Bankruptcy Court** _NORTHERN_ DISTRICT OF _ILLINOIS_ | **Voluntary Petition** |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): **Carmell, David L.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): _aka David Laurence Carmell_ | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7148** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **1 Baneberry Lane** **Riverwoods IL** ZIPCODE **60015** | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): _SAME_ ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): _SAME_ | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)

- [X] Individual (includes Joint Debtors) _See Exhibit D on page 2 of this form._
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other    **Transportation**

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                      FORM B1, Page  2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**David L. Carmell** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**        (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**        (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X _____  *02/20/2009*<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>  ☐   Yes, and exhibit C is attached and made a part of this petition.<br>  ☒   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☒   Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>  ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor – Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)                                                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *David L. Carmell* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X */s/ David L. Carmell* <br> Signature of Debtor | X _____ <br> (Signature of Foreign Representative) |
| X _____ <br> Signature of Joint Debtor |  |
| _____ <br> Telephone Number (if not represented by attorney) | _____ <br> (Printed name of Foreign Representative) |
| *02/20/2009* <br> Date | *02/20/2009* <br> (Date) |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Richard H. Fimoff* <br> Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| *Richard H. Fimoff 804886* <br> Printed Name of Attorney for Debtor(s) |  |
| *Robbins, Salomon & Patt, Ltd.* <br> Firm Name |  |
| *25 East Washington Street* <br> Address |  |
| *Suite 1000* | _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer |
| *Chicago IL   60602* |  |
| *312-782-9000* <br> Telephone Number | _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| *02/20/2009* <br> Date |  |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____ <br> Address |

| Signature of Debtor (Corporation/Partnership) |  |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | X _____ |
|  | _____ <br> Date |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| X _____ <br> Signature of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| _____ <br> Printed Name of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| _____ <br> Title of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| *02/20/2009* <br> Date |  |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *David L. Carmell*

Case No.

Chapter    7

_____

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ David L. Carmell*    \_\_\_\_\_

Date:    *02/20/2009* _____

FORM B6A (Official Form 6A) (12/07)

In re *David L. Carmell* _____ ,    Case No._____
                                    **Debtor(s)**                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1 Baneberry Lane, Riverwoods, IL | Tenancy By Entirety | J | $ 425,000.00 | $ 425,000.00 |
| | | | | |

No continuation sheets attached

**TOTAL $** 425,000.00
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re *David L. Carmell* _____,   Case No. _____

Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account JPMorganChase Bank Chicago, IL Acct No. 1110013444785 Location: In debtor's possession* | J | $ 75.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods and furnishings Location: In debtor's possession* | J | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Men's clothing, misc Location: In debtor's possession* | H | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *misc used hobby & sports equipment Location: In debtor's possession* | H | $ 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page __1__ of __4__

B6B (Official Form 6B) (12/07)

In re *David L. Carmell* _____,   Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IRA*<br>*Location: In debtor's possession* | H | $ 280,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *18 Leasing, LLC*<br>*membership interest, 54%*<br>*Location: In debtor's possession* | H | *Unknown* |
| | | *Blue & Gray Holdings, LLC*<br>*membership interest 54%*<br>*Location: In debtor's possession* | H | *Unknown* |
| | | *Blue & Gray Transportation, LLC*<br>*membership interest 54%*<br>*Location: In debtor's possession* | H | *Unknown* |
| | | *Eagle American Logistics, LLC*<br>*membership interest, 54%*<br>*Location: In debtor's possession* | H | *Unknown* |
| | | *Eagle Logistics Management, Inc.*<br>*54% interest*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *MSEBC Realty, LLC*<br>*membership interest, 54%*<br>*Location: In debtor's possession* | H | *Unknown* |
| | | *Talman Invest Corporation, Inc.*<br>*common stock, 54%*<br>*Location: In debtor's possession* | H | *Unknown* |

B6B (Official Form 6B) (12/07)

In re __David L. Carmell_____,   Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *United Tractor Leasing, LLC membership interest, 54% Location: In debtor's possession* | H | *Unknown* |
| | | *United Trailer Leasing, LLC membership interest, 54% Location: In debtor's possession* | H | *$ 0.00* |
| | | *United Transportation Manager, Inc. 54% interest Location: In debtor's possession* | | *Unknown* |
| | | *United Transportation, LLC Membership interest 54% Location: In debtor's possession* | H | *Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Receivable due from United Transportation, LLC of $1,144,000, uncollectible Location: In debtor's possession* | H | *$ 0.00* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims of the debtor. Give estimated value of each. | X | | | |

Page __3__ of __4__

B6B (Official Form 6B) (12/07)

In re **David L. Carmell** _____,    Case No. _____

           Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total → $ 281,625.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re
*David L. Carmell*
_____,     Case No. _____
Debtor(s)                                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1 Baneberry Lane, Riverwoods, IL | 735 ILCS 5/12-112 | $ (425,000.00) | $ 425,000.00 |
| Eagle Logistics Management, Inc. | 735 ILCS 5/12-1001(b) | $ 0.00 | Unknown |
| United Transportation Manager, Inc. | 735 ILCS 5/12-1001(b) | $ 0.00 | Unknown |

B6D (Official Form 6D) (12/07)

In re David L. Carmell _____,    Case No._____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1656*  *Creditor # : 1*  *Bank of America Mortgage*  *P.O. Box 21848*  *Greensboro NC 27420-1848* | X | *J 2006*  *1st Mortgage*  <br><br>Value: *$ 425,000.00* | | | | $ 700,000.00 | $ 275,000.00 |
| Account No: *4899*  *Creditor # : 2*  *Chase Home Finance*  *3415 Wision Drive*  *Columbus OH 43219-6009* | X | *J 2006*  *2nd Mortgage*  <br><br>Value: *$ 425,000.00* | | | | $ 200,000.00 | $ 200,000.00 |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ (Total of this page) | $ 900,000.00 | $ 475,000.00 |
| | | | | | Total $ (Use only on last page) | $ 900,000.00 | $ 475,000.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re <u>David L. Carnell</u>                                    ,                    Case No._____
             **Debtor(s)**                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity other on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>4</u>  **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re _David L. Carmell_____ ,    Case No._____
         **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *61 3* Creditor # : 1 City of Chesapeake Barbara O. Carrawa, Treasurer PO Box 1606 Chesapeake VA 23327 | X | *Taxes Corporate debt.  Personal liability denied.* | | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: *1288* Creditor # : 2 City of Chesapeake Barbara O. Carrawa, Treasurer PO Box 1606 Chesapeake VA 23327 | X | *Taxes Corporate debt.  Personal liability denied.* | | X | X | X | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No: *8488* Creditor # : 3 City of Chesapeake Barbara O. Carraway, Treasurer PO Box 1606 Chesapeake VA 23327 | X | *Taxes Corporate debt.  Personal liability denied.* | | X | X | X | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No: *9180* Creditor # : 4 City of Chesapeake Ray A. Conner PO BOX 15285 Chesapeake VA 23328 | X | *Business license tax Corporate debt.  Personal liability denied.* | | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: Creditor # : 5 City of Chesapeake Barbara O. Carrawa, Treasurer PO Box 1606 Chesapeake VA 23327 | X | *Taxes and licenses Corporate debt.  Personal liability denied.* | | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: Creditor # : 6 City of Wrightsville 190 E. Elm Street Wrightsville GA 31096 | X | *Utilities Corporate debt.  Personal liability denied.* | | X | X | X | *Unknown* | *$ 0.00* | |

Sheet No.  _1_  of  _4_  continuation sheets attached
to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (12/07) - Cont.

In re David L. Carmell _____ ,    Case No._____
              **Debtor(s)**                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *1129*<br>*Creditor # : 7*<br>*Comptroller of Maryland*<br>*Revenue Admin. Division*<br>*Annapolis MD 21411* | X | *Taxes*<br>*Corporate debt.  Personal*<br>*liability denied.* | | | X | *Unknown* | *$ 0.00* | |
| Account No: *95-2*<br>*Creditor # : 8*<br>*IL Dept. of Employment Sec.*<br>*Northern Region*<br>*260 E. Indian Trail Road*<br>*Aurora Illinois* | X | *Corporate debt.  Personal*<br>*liability denied.* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: *4047*<br>*Creditor # : 9*<br>*Internal Revenue Service*<br>*Cincinnati OH 45999* | X | *various*<br>*Taxes*<br>*Unknown payroll taxes that*<br>*may be due from United*<br>*Transportation, LLC.* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No: *3398*<br>*Creditor # : 10*<br>*Internal Revenue Service*<br>*Cincinnati OH 45999* | X | *various*<br>*Taxes*<br>*Unknown payroll taxes that*<br>*may be due for Blue & Gray*<br>*Transportation Co. LLC* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 11*<br>*Internal Revenue Service*<br>*Cincinnati OH 45999* | X | *Taxes*<br>*Corporate debt. Personal*<br>*liability denied.* | X | X | X | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 12*<br>*Internal Revenue Service*<br>*Cincinnati OH 45999* | X | *Taxes*<br>*Corporate debt. Personal*<br>*liability denied.* | X | X | X | *Unknown* | *$ 0.00* | |

Sheet No. *2* of *4* continuation sheets attached
to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (12/07) - Cont.

In re _David L. Carmell_ _____ ,    Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H—Husband  W—Wife  J—Joint  C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 13  Johnson County, Georgia  P.O. Box 269  Wrightsville GA 31096-0269 | X | debt of corporation corporate obligation personal liability denied | | | X | Unknown | $ 0.00 | |
| Account No: 7996  Creditor # : 14  KY Division of Motor Carriers  Tax Branch  PO Box 2007  Frankfort KY 40602 | X | Taxes  Corporate debt.  Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No:  Creditor # : 15  Linda B. Kreter  122 Severna River Road  Severna Park MD 21146 | X | 2008  Guarantee of corporate debt  Guaranty of debt of United Transportation, LLC and Blue & Gray Holdings., LLC. | X | X | X | $150,000.00 | $150,000.00 | $ 0.00 |
| Account No: 0920  Creditor # : 16  North Caroline Dept. of Reven of Revenue  P.O. Box 25000  Raleigh NC 27640 | X | Taxes  Corporate debt. Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: 0886  Creditor # : 17  State of GA - Dept. of Revenue  Motor Vehicle Division  PO Box 740381  Atlanta GA 30374 | X | Unified Carrier Registration  Corporate debt.  Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: 0990  Creditor # : 18  State of GA - Dept. of Revenue  Motor Vehicle Division  PO Box 740381  Atlanta GA 30374 | X | Unified Carrier Registration  Corporate debt.  Personal liability denied. | X | X | X | None | $ 0.00 | |

Sheet No. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)  |  150,000.00  |  150,000.00  |  0.00

Total $ (Use only on last page of the completed Schedule E. Report total also on the Summary of Schedules)

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (12/07) - Cont.

In re David L. Carmell                                              ,          Case No._____
                    Debtor(s)                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: 3606<br>Creditor # : 19<br>State of S.C. Dept of Revenue<br>301 Gervais Street<br>P.O. Box 125<br>Columbia SC 29214 | X | Taxes<br>Corporate debt. Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: 1340<br>Creditor # : 20<br>U.S. Department of Labor<br>61 Forsyth Street SW<br>Employee Benefits Security Adm<br>Atlanta GA 30303 | X | Corporate debt. Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: 8002<br>Creditor # : 21<br>Virginia Dept. of Motor Veh.<br>PO Box 27412<br>Richmond VA 23269 | X | DMV<br>Corporate debt. Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: 5468<br>Creditor # : 22<br>Virginia Employment Commission<br>PO Box 27592<br>Richmond VA 23261 | X | Penalties<br>Corporate debt. Personal liability denied. | X | X | X | Unknown | $ 0.00 | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

Subtotal $
(Total of this page)

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)        150,000.00

Total $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)        150,000.00        0.00

B6F (Official Form 6F) (12/07)

In re _David L. Carmell_____,    Case No._____
              **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4182<br>Creditor # : 1<br>Airgas South<br>PO Box 9249<br>Marietta GA 30065 | X | | Utilities<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:   2380<br>Creditor # : 2<br>American Interstate Ins. Co.<br>PO Drawer 1570<br>Deridder LA 70634 | X | | Insurance<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:   9635<br>Creditor # : 3<br>American Interstate Ins. Co.<br>PO Drawer 1570<br>Deridder LA 70634 | X | | Insurance<br>Corporate debt. Personal liability denied. | | | X | Unknown |
| Account No:   2620<br>Creditor # : 4<br>Anat and Amos Madanes<br>1814 North Orleans<br>Chicago IL 60614 | X | | Loan to United Trailer<br>Corporate debt. Personal liability denied. | | | X | Unknown |

_19_ continuation sheets attached                                                      Subtotal $    $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _David L. Carmell_____,         Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  2850<br>Creditor # : 5<br>Aramark Services<br>PO Box 3835<br>Savannah GA 31414 | X | Uniforms<br>Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No:  1058<br>Creditor # : 6<br>Arrow Financial Services<br>21031 Network Place<br>Chicago IL 60678 | X | Business Related Purchases<br>HSBC Retail Credit (USA) Inc.<br>Corporate debt.  Personal liability | | | X | $ 0.00 |
| Account No:  unk<br>Creditor # : 7<br>Associates First Capital Corp.<br>3590 Regent Blvd<br>Irving TX 75063 | X | unk<br>Former debt of corporation<br>Personal liability is denied | X | X | X | *Unknown* |
| Account No:<br>Creditor # : 8<br>A-Statewide, Inc.<br>2310 Eagle Drive<br>Chesapeake VA 23323 | X | 11/08<br>Corpoate debt of United Trans.<br>Corporate debt. Personal liability denied | | | X | *Unknown* |
| Account No:  3166<br>Creditor # : 9<br>AT & T<br>PO Box 105262<br>Atlanta GA 30348 | X | Phone Charges<br>Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No:  50-0<br>Creditor # : 10<br>AT & T<br>PO Box 60197<br>Carol Stream IL 60197 | X | Long distance telephone charges<br>Corporate debt.  Personal liability denied. | | | X | *Unknown* |

Sheet No.  _1_  of  _19_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_____,       Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | | | | X | *Unknown* |
| Creditor # : 11 AT & T PO Box 9001310 Louisville KY 40290 | | *Telephone Services* *Corporate debt.  Personal liability denied.* | | | | |
| Account No:   4800 | X | | | | X | *Unknown* |
| Creditor # : 12 AT & T Alliant Law Group 97 E. Brokaw Road, Suite 240 San Jose CA 95112 | | *Phone Charges* *Corporate debt. Personal liability denied.* | | | | |
| Account No: | X | | | | X | *Unknown* |
| Creditor # : 13 AT&T Atlanta PO Box 105503 Atlanta GA 30348 | | *Phone Charges* *Corporate debt.  Personal liability denied.* | | | | |
| Account No:   8983 | X | | | | X | *Unknown* |
| Creditor # : 14 AT&T Long Distance PO Box 856178 Louisville KY 40285 | | *Phone Charges* *Corporate debt. Personal liability denied.* | | | | |
| Account No: | X | | | | X | *Unknown* |
| Creditor # : 15 Atlanta Freightliner PO Box 218 Forest Park GA 30298 | | *Repairs and parts* *Corporate debt.  Personal liability denied.* | | | | |
| Account No:   4800 | X | *02/27/07* | | | X | *Unknown* |
| Creditor # : 16 Bell South Long Distance PO Box 856178 Louisville KY 40285 | | *Phone Charges* *Corporate debt.  Personal liability denied.* | | | | |

Sheet No.  _2_ of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re David L. Carmell _____ ,        Case No._____
                    Debtor(s)                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 9003<br>Creditor # : 17<br>Blue Cross Blue Shield of GA<br>P. O. Box 100376<br>Atlanta GA 30384-0376 | X | various<br>Corporate debt<br>Corporate debt. Personal liability denied | | | X | $ 0.00 |
| Account No: 3727<br>Creditor # : 18<br>BMW Financial Services<br>P. O. Box 9001065<br>Louisville KY 40290-1065 | X | various<br>Guarantee of corporate debt<br>Guaranty of lease of 2008 BMW 528xi for United Transportation, LLC | | | X | Unknown |
| Account No: 5121<br>Creditor # : 19<br>Bridgestone Firestone<br>PO Box 905392<br>Charlotte NC 28290 | X | Repairs - tires<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:<br>Creditor # : 20<br>Broome Service Center<br>463 Old Jackson Highway<br>Jackson SC 29831 | X | Repairs and maintenance<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: 3134<br>Creditor # : 21<br>Capital One Bank (USA) NA<br>PO Box 5294<br>Carol Stream IL 60197-5294 | X | various<br>Guarantee of corporate debt<br>Guaranty of debt of Blue & Gray Holdings, LLC | | | X | $ 25,000.00 |
| Account No: 5661<br>Creditor # : 22<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | | various<br>Credit Card Purchases | | | | $ 10,000.00 |

Sheet No. 3 of 19 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 35,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re David L. Carmell _____,     Case No. _____
                        **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0000 Creditor # : 23 Checkcare P. O. Box 36098 Louisville KY 40233-6098 | X | | various Corporate debt Corporate debt. Personal liability denied | | | X | Unknown |
| Account No: -000 Creditor # : 24 Chrysler Financial P. O. Box 354 Lisle IL 60532-0354 | X | | various Corporate debt Corporate debt. Personal liability denied | | | X | Unknown |
| Account No: Creditor # : 25 Cintas Corporation 12524 Kingston Avenue Chester VA 23836 | X | | Janitorial Expenses Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: 1001 Creditor # : 26 CMA CGM 5701 Lake Wright Drive Norfolk VA 23502 | X | | Shipping costs Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: Creditor # : 27 Comdata Network, Inc. 4385 Kimball Bridge Road Suite 100 Alpharetta GA 30022 | X | | debt of corporation corporate obligation personal liability denied | | | X | Unknown |
| Account No: Creditor # : 28 ComEd Bill Payment Center Chicago IL 60668-0001 | X | | Utilities Corporate debt.  Personal liability denied. | | | X | Unknown |

Sheet No. __4__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _____ $ 0.00

Total $ _____
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_ _____ ,   Case No. _____
           **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **Creditor # : 29** Cosco Container Lines 100 Lighing Way, 3rd fl. Secaucus NJ 07094 | X | Shipping costs Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No: **Creditor # : 30** Cox Communication PO BOX 37232 Baltimore MD 21297-3232 | X | Utilities Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No:  4501 **Creditor # : 31** Cox Communications PO Box 183124 Columbus OH 43218 | X | Utilities Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No:  1613 **Creditor # : 32** CP Ships USA, LLC 401 E Jackson St  Ste 3300 Tampa FL 33602 | X | Shipping costs Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| Account No:  1613 Representing: CP Ships USA, LLC | | elizer & meyerson 900 Skokie blvd. Suite 100  60062 | | | | *Unknown* |
| Account No: **Creditor # : 33** CT Corporation System Erin C. McBrearty 208 S. LaSalle Chicago IL 60604 | X | Taxes and licenses Corporate debt.  Personal liability denied. | | | X | *Unknown* |

Sheet No. __5__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal $           $ 0.00

                                            Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_____,   Case No._____

                        **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| **Account No:** Creditor # : 34 CT Legal Solutions PO BOX 4349 Carol Stream IL 60197 | X | | Service of Process Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| **Account No:   0783** Creditor # : 35 Cummins Power South PO Box 403896 Atlanta GA 30384 | X | | Utility Services Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| **Account No:** Creditor # : 36 Cummins Power South, LLC PO BOX 403896 Atlanta GA 30384 | X | | Repairs - parts Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| **Account No:** Creditor # : 37 Deluxe Business Checks & Solut PO Box 742572 Cincinnati OH 45274 | X | | Business Related Purchases Corporate debt.  Personal liability denied. | | | X | *Unknown* |
| **Account No:   001** Creditor # : 38 DeMarco, Kinnaman, Lewis & Co. 300 Knightsbridge Parkway Lincolnshire IL 60069 | X | | various Corpoate debt Corporate debt. Personal liability denied | | | X | *Unknown* |
| **Account No:   76-6** Creditor # : 39 Department of Transportation 4702  Mail Service Center Raleigh NC 27699 | X | | Citation Corporate debt. Personal liability denied. | | | X | *Unknown* |

Sheet No. __6__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | *$ 0.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_____,      Case No._____
                  **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2505<br>Creditor # : 40<br>Dominion Virgina Power<br>3109 S. Military Highway<br>Chesapeake VA 23323 | X | | Utility Bills<br>Corporate debt. Personal liability denied. | | | X | Unknown |
| Account No:<br>Creditor # : 41<br>Dublin Printing Co.<br>128 E. Jackson St.<br>PO Drawer A<br>Dublin GA 31040 | X | | Printing<br>Corporate debt. Personal liability denied. | | | X | Unknown |
| Account No: 6489<br>Creditor # : 42<br>E-Z Pass<br>P.O. Box 5200<br>Baltimore MD 21224 | X | | Tolls<br>Corporate debt. Personal liability denied. | | | X | Unknown |
| Account No:<br>Creditor # : 43<br>First Horizon Insurance Agency<br>200 Galleria Parkway SE<br>Suite 600<br>Atlanta GA 30339 | X | | debt of corporation<br>corporate obligation<br>personal liability denied | | | X | Unknown |
| Account No:<br>Creditor # : 44<br>First Midwest Bank<br>One Pierce Place<br>Itasca IL 60143 | X | | various<br>Corporate guaranty of Blue & Gray<br>Corporate liability of Blue & Gray<br>Holdings, LLC & MSEBC Realty, LLC | | | X | $ 1,250,000.00 |
| Account No:<br>Creditor # : 45<br>Gawthrop Greenwood, PC<br>17 East Gay Street<br>Suite 100<br>West Chester PA 19381-0562 | X | | various<br>Corporate debt of United Transp.<br>Personal liability denied | | | X | Unknown |

Sheet No. __7__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,250,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re  *David L. Carmell*_____,   Case No._____

Debtor(s)                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  *-009*<br>*Creditor # : 46*<br>*GE Capital*<br>*P. O. Box 740441*<br>*Atlanta GA 30374-0441* | X | *various*<br>*Corporate debt*<br>*Corporate debt. Personal liability*<br>*denied* | | | X | *Unknown* |
| Account No:<br>*Creditor # : 47*<br>*GE Transportation Finance*<br>*P. O. Box 822108*<br>*Philadelphia PA 19182-2108* | X | *various*<br>*Guarantee of corporate debt* | | | X | *$ 106,396.00* |
| Account No:  *7965*<br>*Creditor # : 48*<br>*Georgia Natural Gas*<br>*PO Box 659411*<br>*San Antonio TX 78265* | X | *Utility Bills*<br>*Corporate debt. Personal liability*<br>*denied.* | | | X | *Unknown* |
| Account No:  *6005*<br>*Creditor # : 49*<br>*Georgia Power*<br>*96 Annex*<br>*Atlanta GA 30396* | X | *Utilities*<br>*Corporate debt. Personal liability*<br>*denied.* | | | X | *Unknown* |
| Account No:  *5-06*<br>*Creditor # : 50*<br>*Georgia Power*<br>*241 Ralph McGill Blvd.*<br>*Atlanta GA 30308* | X | *Utilities*<br>*Corporate debt. Personal liability*<br>*denied.* | | | X | *Unknown* |
| Account No:  *3357*<br>*Creditor # : 51*<br>*Goodyear Tire & Rubber*<br>*PO Box 277348*<br>*Atlanta GA 30384* | X | *Repairs - tires*<br>*Corporate debt. Personal liability*<br>*denied.* | | | X | *Unknown* |

Sheet No.  __8__ of  __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *$ 106,396.00*

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _David L. Carmell_ _____,  Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3357<br><br>Representing:<br>Goodyear Tire & Rubber | | | Goodyear Tire & Rubber<br>1144 E. Market St.<br>Attn: Michael Snowbarger<br>Akron OH 44316 | | | | |
| Account No:  4075<br><br>Creditor # : 52<br>Greenberg Traurig<br>77 W.  Wacker Drive<br>Suite 2500<br>Chicago IL 60601 | X | | various<br>Corporate debt<br>Corporate debt. Personal liability<br>denied | | | X | Unknown |
| Account No:<br><br>Creditor # : 53<br>Guy C. Crowgey, PC<br>1108 East Main Street<br>Suite 600<br>Richmond VA 23219 | X | | various<br>Corporate debt<br>Corporate debt. Personal liability<br>denied | | | X | $ 0.00 |
| Account No:  8173<br><br>Creditor # : 54<br>Hapag-Lloyd<br>399 Hoes Lane<br>Piscataway NJ 08854 | X | | Shipping costs<br>Corporate debt.  Personal liability<br>denied. | | | X | $ 0.00 |
| Account No:<br><br>Creditor # : 55<br>Infiniti Financial Services<br>PO Box 9001133<br>Louisville KY 40290-1133 | | | Auto lease | | | | $ 0.00 |
| Account No:  8731<br><br>Creditor # : 56<br>Ing<br>One Orange Way<br>Windsor CT 06095-4774 | X | | various<br>Corporate debt<br>Corporate debt. Personal liability<br>denied | | | X | Unknown |

Sheet No.  _9_ of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_ _____,   Case No. _____

Debtor(s)                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 57* <br> *James Esser* <br> *484 Monroe Avenue* <br> *Glencoe IL 60022* | X | | *debt of corporation* <br> *corporate debt-personal liability* <br> *denied* | | | X | *Unknown* |
| Account No: <br> *Creditor # : 58* <br> *Jane Gale Esser* <br> *484 Monroe Avenue* <br> *Glencoe IL 60022* | X | | *Corporate debt.  Personal liability* <br> *denied.* | | | X | *Unknown* |
| Account No: <br> *Creditor # : 59* <br> *Jim Whitehead Tire Service* <br> *PO Box 6263* <br> *Augusta GA 30916* | X | | *Repairs - tires* <br> *Corporate debt.  Personal liability* <br> *denied.* | | | X | *Unknown* |
| Account No:   0380 <br> *Creditor # : 60* <br> *K Line America, Inc.* <br> *8730 Stony Point Pkwy* <br> *Suite 400* <br> *Richmond VA 23235* | X | | *Cargo transport* <br> *Corporate debt.  Personal liability* <br> *denied.* | | | X | *Unknown* |
| Account No: <br> *Creditor # : 61* <br> *Levenfeld Pearlstein, LLC* <br> *2 N. LaSalle Street* <br> *Suite 1300* <br> *Chicago IL 60602* | X | | *various* <br> *Corporate debt* <br> *Corporate debt. Personal liability* <br> *denied* | | | X | *Unknown* |
| Account No:   0395 <br> *Creditor # : 62* <br> *Maersk Line* <br> *Accounts Receivable* <br> *9300 Arrowpoint Blvd.* <br> *Charlotte NC 28273* | X | | *Shipping costs* <br> *Corporate debt.  Personal liability* <br> *denied.* | | | X | *Unknown* |

Sheet No. __10__ of ___19___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _David L. Carmell_____,    Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | X | *Unknown* |
| *Creditor # : 63* *Marchman Chemical Products* *PO Box 6262* *Augusta GA 30906* | | | *Supplies* *Corporate debt.  Personal liability denied.* | | | | |
| Account No: | X | | | | | X | *Unknown* |
| *Creditor # : 64* *McCart Insurance Agency, Inc.* *2405 Satellite Blvd.* *Suite 200* *Duluth GA 30096* | | | *debt of corporation* *corporate obligation* *personal libility denied* | | | | |
| Account No:    2123 | X | | | | | X | *Unknown* |
| *Creditor # : 65* *Mediterranean Shipping* | | | *Shipping costs* *Corporate debt.  Personal liability denied.* | | | | |
| Account No:    2123 | | | | | | | |
| *Representing:* *Mediterranean Shipping* | | | *Elizer and Meyerson, LLC* *900 Skokie Blvd.* *Northbrook IL 60062* | | | | |
| Account No: | | | | | | X | *Unknown* |
| *Creditor # : 66* *Melvin Davis Oil Co.* *560 Route 303* *Suite 209* *Orangeburg NY 10962* | | | *debt of corporation* *corporate obligation* *personal liablity denied* | | | | |
| Account No: | X | | *various* *Corporate debt* | | | X | *Unknown* |
| *Creditor # : 67* *Merrill & Stone, LLC* *P. O. Box 129* *Suite 205 Mitchell Bldg* *Swainsboro GA 30401* | | | *Corporate debt. Personal liability denied* | | | | |

Sheet No. __11__ of ___19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    |    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _David L. Carmell_____,   Case No._____
                     **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | various | | | X | *Unknown* |
| *Creditor # : 68* *MHC* *1600 N. Corrington* *Kansas City MO 64120* | | *Corporate debt* *Corporate debt. Personal liability denied* | | | | |
| Account No: | X | *debt of corporation* | X | X | | *Unknown* |
| *Creditor # : 69* *Michael McAfee* *2 Ozark Point* *Little Rock AR 72205* | | *alleged corporate obligation* *personal liability denied* | | | | |
| Account No: | X | various | | | X | *Unknown* |
| *Creditor # : 70* *M-Shell Commercial* *c/o Pro Consulting Services* *P. O. Box 66768* *Houston TX 77266-6768* | | *Corpate debt* *Corporate debt. Personal liability denied* | | | | |
| Account No:      0177 | X | *Vehicle parts* | | | X | *Unknown* |
| *Creditor # : 71* *Nalley Motor Trucks* *PO Box 403420* *Atlanta GA 30384* | | *Corporate debt.  Personal liability denied.* | | | | |
| Account No: | X | *Repairs - parts* | | | X | *Unknown* |
| *Creditor # : 72* *NAPA Auto Parts* *PO Box 409043* *Atlanta GA 30384* | | *Corporate debt.  Personal liability denied.* | | | | |
| Account No: | X | various | | | X | *$ 1,850,000.00* |
| *Creditor # : 73* *New Century Bank* *363 W. Ontario* *Chicago IL* | | *Guarantee of corporate debt* *Guaranty of debt of 18* *Leasing,LLC.and Eagle American* | | | | |

Sheet No. _12_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,850,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _David L. Carmell_____,   Case No._____
                    **Debtor(s)**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 74 <br> Nicor <br> PO Box 416 <br> Aurora IL 60568 | X | Utilities <br> Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:  0453 <br> Creditor # : 75 <br> Occupational Health Centers <br> P. O. Box 18277 <br> Baltimore MD 21227-027 | X | various <br> Corporate debt <br> Corporate debt. Personal liability denied | | | X | Unknown |
| Account No: <br> Creditor # : 76 <br> Office Max Credit Plan <br> HSBC Business Solutions <br> PO Box 5239 <br> Carol Stream IL 60197 | X | Office Supplies <br> Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: <br> Creditor # : 77 <br> One America Financial Partners <br> One America Square <br> P. O. Box 368 <br> Indianapolis IN 46206-0368 | X | various <br> Corporate debt <br> Corporate debt. Personal liability denied | | | X | Unknown |
| Account No: <br> Creditor # : 78 <br> Orix Financial Services, Inc. <br> 600 Town Park Lane <br> Suite 300 <br> Kennesaw GA 30144 | X | various <br> Guarantee of corporate debt <br> Guaranty of debt of United Tractor Leasing, LLC, United Trailer | | | X | $ 750,000.00 |
| Account No:  6821 <br> Creditor # : 79 <br> Paccar Financial Corp <br> P. O. Box 53041 <br> Atlanta GA 30352-0491 | X | various <br> Corporate debt of United Transp. <br> Corporate debt. Personal liability denied | | | X | $ 4,785.28 |

Sheet No. _13_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 754,785.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _David L. Carmell_____,      Case No._____
                        **Debtor(s)**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | *various* | | | X | *Unknown* |
| *Creditor # : 80* *Paul G. Stark* *315 Quail Ridge Drive* *Westmont IL 60559* | | | *Corporate debt* *Corporate debt. Personal liability denied* | | | | |
| Account No: | X | | *Consultant Fees* | | | X | *Unknown* |
| *Creditor # : 81* *People Technology* *195 Peregrine Lane* *Lake Zurich IL 60047* | | | *Corporate debt. Personal liability denied.* | | | | |
| Account No:   6458 | X | | | | | X | *Unknown* |
| *Creditor # : 82* *Public Utilities Commission* | | | *Corporate debt. Personal liability denied.* | | | | |
| Account No:   6458 | | | *Revenue Recovery Services* *Collections Enforcement* *150 E. Gay Street, 21st fl.* *Columbus OH 43215* | | | | |
| *Representing:* *Public Utilities Commission* | | | | | | | |
| Account No: | X | | *Fuel* | | | | *Unknown* |
| *Creditor # : 83* *Quarles Fuel Network* *PO Box 7327* *Fredericksburg VA 22404* | | | *Corporate debt. Personal liability denied.* | | | | |
| Account No: | X | | *Office Supplies* | | | X | *Unknown* |
| *Creditor # : 84* *Quill Corporation* *PO Box 94081* *Palatine IL 60094* | | | *Corporate debt. Personal liability denied.* | | | | |

Sheet No. _14_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _David L. Carmell_____ ,    Case No._____
               **Debtor(s)**              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *2878* | X | | | | | X | *Unknown* |
| *Creditor # : 85 S. Carolina Emply. Sec. Comm 1550 Gadsen Street PO Box 995 Columbia SC 29202* | | | *Taxes Corporate debt.  Personal liability denied.* | | | | |
| Account No:  *0121* | X | | | | | X | *Unknown* |
| *Creditor # : 86 Safmarine Accounts Receivable 9300 Arrowpoint  Blvd.  28273* | | | *Tariff Corporate debt.  Personal liability denied.* | | | | |
| Account No: | X | | | | | X | *Unknown* |
| *Creditor # : 87 Sinclair Disposal Service PO Box 9001795 Louisville KY 40290* | | | *Waste Services Corporate debt.  Personal liability denied.* | | | | |
| Account No:  *2172* | X | | | | | X | *Unknown* |
| *Creditor # : 88 Sprint PO Box 219100 Kansas City MO 64121* | | | *Telephone Services Corporate debt.  Personal liability denied.* | | | | |
| Account No:  *2172* | | | | | | | |
| *Representing: Sprint* | | | *Sprint PO Box 1769 Newark NJ 07101* | | | | |
| Account No:  *2172* | | | | | | | |
| *Representing: Sprint* | | | *Sprint PO Box 219623 Kansas City MO 64121* | | | | |

Sheet No.  _15_  of  _19_ continuation sheets attached to Schedule of        Subtotal $     $ 0.00
Creditors Holding Unsecured Nonpriority Claims

                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re David L. Carmell _____ ,   Case No. _____
Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>The Bradmark Company<br>PO Box 874<br>Dublin GA 31040 | X | Telephone Services<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:  7558<br>Creditor # : 90<br>The Hartford<br>PO Box 5556<br>Hartford CT 06102 | X | Insurance<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:  9645<br>Creditor # : 91<br>TMW Trucking System<br>c/o US Bank<br>PO Box 643562<br>Cincinnati OH 45264 | X | Computer software<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:  1750<br>Creditor # : 92<br>TNT Parts, Inc.<br>PO Box 162507<br>Atlanta GA 30321 | X | Repairs - parts<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:<br>Creditor # : 93<br>Transportation Intern'l Pool<br>530 East Swedesboro Road<br>West Chester PA 19087 | X | various<br>Corporate breach of contract<br>Suit filed for  breach of contract against United Transp., LLC, Blue & | X | | X | Unknown |
| Account No:<br>Representing:<br>Transportation Intern'l Pool | | Lamb McErlane, PC<br>24 East Market St.<br>PO Box 565<br>West Chester PA 19381-0565 | | | | |

Sheet No.  16  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re David L. Carnell _____, Case No._____
                    Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1107<br>Creditor # : 94<br>U. S. Premium Financing, Inc.<br>1255 Lakes Pkwy Bldg 200<br>Suite 250<br>Lawrenceville GA 300496 | X | | various<br>Corporate debt<br>Corporate debt. Personal liability denied | | | X | Unknown |
| Account No:<br>Creditor # : 95<br>Upward Realty<br>c/o Ward Trucking<br>P.O. Box 1553<br>Altoona PA 16603-1553 | X | | various<br>Corpoate rent | | | | Unknown |
| Account No:<br>Creditor # : 96<br>Verizon Wireless<br>PO Box 17577<br>Baltimore MD 21297 | X | | Telephone Services<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:<br>Creditor # : 97<br>Verizon Wireless<br>PO Box 15062<br>Albany NY 12212 | X | | Telephone Services<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: 0001<br>Creditor # : 98<br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley PA 18002 | X | | Telephone Services<br>Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: 0001<br>Representing:<br>Verizon Wireless | | | Verizon<br>PO Box 660108<br>Dallas TX 75266 | | | | |

Sheet No. 17 of 19 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re David L. Carmell _____ ,   Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   0001 Representing: Verizon Wireless | | | Verizon 26935 Northwestern Highway Suite 100 - CFS Southfield MI 48033 | | | | |
| Account No:   65 Y Creditor # : 99 Verizon Wireless PO Box 660720 Dallas TX 75266 | X | | Telephone Service Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:   2572 Creditor # : 100 Verizon Wireless PO Box 12045 Trenton NJ 08650 | X | | Telephone Services Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: Creditor # : 101 Washington Co. Internal Med. 501 Sparta Road Suite F Sandersville GA 31082 | X | | Medical Service Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No: Creditor # : 102 Waste Management of Richmond PO Box 13648 Philadelphia PA 19101 | X | | Utilities Corporate debt.  Personal liability denied. | | | X | Unknown |
| Account No:   0768 Creditor # : 103 White Tire inc. PO Box 37926 Charlotte NC 28237 | X | | Repairs - tires Corporate debt.  Personal liability denied. | | | X | Unknown |

Sheet No. 18 of 19 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _David L. Carmell_ _____ ,   Case No._____

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | X | Unknown |
| Creditor # : 104 Wingfoot Commercial Tire 2518 Deans Bridge Road Augusta GA 30906 | | | Repairs - tires Corporate debt.  Personal liability denied. | | | | |
| Account No:   0785 | X | | various | | | X | Unknown |
| Creditor # : 105 Xtra Lease 4330 Bowman Industrial Ct. Conley GA 30288 | | | Corporate debt Corporate debt. Personal liability denied | | | | |
| Account No:   1619 | X | | | | | X | Unknown |
| Creditor # : 106 Yancey Bros. Co. Drawer CS 198757 Atlanta GA 30384 | | | Repairs and maintenance Corporate debt.  Personal liability denied. | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __19__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 0.00

Total $   $ 3,996,181.28

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re `David L. Carmell` _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of
debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing
addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the
name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See,
11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Infiniti Financial Services*<br>*PO Box 9001133*<br>*Louisville KY   40290-1133* | Contract Type:*Auto leases*<br>Terms: *36 months/12,000 annual miles*<br>Beginning date:*1/15/2009*<br>Debtor's Interest:*Lessor*<br>Description: *2008 Infiniti G 35*<br><br>Buyout Option: |

Page _1_ of _1_

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor      Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preecceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| 18 Leasing, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL   60093 | Michael McAfee<br>2 Ozark Point<br>Little Rock AR   72205<br><br>New Century Bank<br>363 W. Ontario<br>Chicago IL |
| Blue & Gray Holdings, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL   60093 | Capital One Bank (USA) NA<br>PO Box 5294<br>Carol Stream IL   60197-5294<br><br>First Midwest Bank<br>One Pierce Place<br>Itasca IL   60143<br><br>Internal Revenue Service<br><br>Cincinnati OH   45999<br><br>Internal Revenue Service<br><br>Cincinnati OH   45999<br><br>James Esser<br>484 Monroe Avenue<br>Glencoe IL   60022<br><br>Linda B. Kreter<br>122 Severn River Road<br>Severna Park MD   21146<br><br>Michael McAfee<br>2 Ozark Point<br>Little Rock AR   72205 |

Page _1_ of _16_

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | Paul G. Stark<br>315 Quail Ridge Drive<br>Westmont IL  60559 |
| Blue & Gray Holdings, LLC...continued | Transportation Intern'l Pool<br>530 East Swedesboro Road<br>West Chester PA  19087 |
| Blue & Gray Transp. Co., LLC.<br>778 Frontage Road<br>Suite 121<br>Northfield IL  60093 | Arrow Financial Services<br>21031 Network Place<br>Chicago IL  60678 |
| | AT & T<br>PO Box 60197<br>Carol Stream IL  60197 |
| | Checkcare<br>P. O. Box 36098<br>Louisville KY  40233-6098 |
| | City of Chesapeake<br>Barbara O. Carrawa, Treasurer<br>PO Box 1606<br>Chesapeake VA  23327 |
| | City of Chesapeake<br>Barbara O. Carrawa, Treasurer<br>PO Box 1606<br>Chesapeake VA  23327 |
| | City of Chesapeake<br>Ray A. Conner<br>PO BOX 15285<br>Chesapeake VA  23328 |
| | Comptroller of Maryland<br>Revenue Admin. Division<br>Annapolis MD  21411 |
| | Cox Communications<br>PO Box 183124<br>Columbus OH  43218 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_____ / Debtor          Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | CP Ships USA, LLC<br>401 E Jackson St<br> Ste 3300<br>Tampa FL  33602 |
| Blue & Gray Transp. Co., LLC....continued | CT Legal Solutions<br>PO BOX 4349<br>Carol Stream IL  60197 |
| | Dominion Virgina Power<br>3109 S. Military Highway<br>Chesapeake VA  23323 |
| | E-Z Pass<br>P.O. Box 5200<br>Baltimore MD  21224 |
| | Greenberg Traurig<br>77 W.  Wacker Drive<br>Suite 2500<br>Chicago IL  60601 |
| | Guy C. Crowgey, PC<br>1108 East Main Street<br>Suite 600<br>Richmond VA  23219 |
| | IL Dept. of Employment Sec.<br>Northern Region<br>260 E. Indian Trail Road<br>Aurora Illinois |
| | Ing<br>One Orange Way<br>Windsor CT  06095-4774 |
| | Internal Revenue Service<br><br>Cincinnati OH  45999 |
| | K Line America, Inc.<br>8730 Stony Point Pkwy<br>Suite 400<br>Richmond VA  23235 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |
| Blue & Gray Transp. Co., LLC....continued | M-Shell Commercial<br>c/o Pro Consulting Services<br>P. O. Box 66768<br>Houston TX  77266-6768 |
| | Occupational Health Centers<br>P. O. Box 18277<br>Baltimore MD  21227-027 |
| | Sprint<br>PO Box 219100<br>Kansas City MO  64121 |
| | The Hartford<br>PO Box 5556<br>Hartford CT  06102 |
| | Transportation Intern'l Pool<br>530 East Swedesboro Road<br>West Chester PA  19087 |
| Eagle American Logistics, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL  60093 | Levenfeld Pearlstein, LLC<br>2 N. LaSalle Street<br>Suite 1300<br>Chicago IL  60602 |
| | Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |
| | New Century Bank<br>363 W. Ontario<br>Chicago IL |
| Ellen Carmell<br>1 Baneberry Lane<br>Riverwoods IL  60015 | Bank of America Mortgage<br>P.O. Box 21848<br>Greensboro NC  27420-1848 |
| | Chase Home Finance<br>3415 Wision Drive<br>Columbus OH  43219-6009 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Michael McAfee<br>2 Ozark Point<br>Little Rock AR   72205 | CP Ships USA, LLC<br>401 E Jackson St<br> Ste 3300<br>Tampa FL   33602<br><br>CT Legal Solutions<br>PO BOX 4349<br>Carol Stream IL   60197<br><br>E-Z Pass<br>P.O. Box 5200<br>Baltimore MD   21224<br><br>First Midwest Bank<br>One Pierce Place<br>Itasca IL   60143<br><br>Internal Revenue Service<br><br>Cincinnati OH   45999<br><br>Internal Revenue Service<br><br>Cincinnati OH   45999<br><br>Merrill & Stone, LLC<br>P. O. Box 129<br>Suite 205 Mitchell Bldg<br>Swainsboro GA   30401<br><br>New Century Bank<br>363 W. Ontario<br>Chicago IL<br><br>Transportation Intern'l Pool<br>530 East Swedesboro Road<br>West Chester PA   19087 |
| MSEBC Realty, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL   60093 | Associates First Capital Corp.<br>3590 Regent Blvd<br>Irving TX   75063<br><br>City of Chesapeake<br>Barbara O. Carraway, Treasurer<br>PO Box 1606<br>Chesapeake VA   23327 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor    Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *MSEBC Realty, LLC...continued* | *First Midwest Bank*<br>*One Pierce Place*<br>*Itasca IL   60143*<br><br>*GE Transportation Finance*<br>*P. O. Box 822108*<br>*Philadelphia PA   19182-2108*<br><br>*James Esser*<br>*484 Monroe Avenue*<br>*Glencoe IL   60022*<br><br>*Michael McAfee*<br>*2 Ozark Point*<br>*Little Rock AR   72205*<br><br>*Virginia Dept. of Motor Veh.*<br>*PO Box 27412*<br>*Richmond VA   23269* |
| *Talman Inv. Corp.*<br>*1111 Commerce Road*<br>*Richmond VA   23224* | *City of Chesapeake*<br>*Barbara O. Carrawa, Treasurer*<br>*PO Box 1606*<br>*Chesapeake VA   23327*<br><br>*Michael McAfee*<br>*2 Ozark Point*<br>*Little Rock AR   72205* |
| *Talman Investment Corp*<br>*778 Frontage Road*<br>*Suite 121*<br>*Northfield IL   60093* | *Michael McAfee*<br>*2 Ozark Point*<br>*Little Rock AR   72205*<br><br>*Upward Realty*<br>*c/o Ward Trucking*<br>*P.O. Box 1553*<br>*Altoona PA   16603-1553* |
| *United Tractor Leasing, LLC*<br>*778 Frontage Road*<br>*Suite 121*<br>*Northfield IL   60093* | *Associates First Capital Corp.*<br>*3590 Regent Blvd*<br>*Irving TX   75063* |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor      Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| | Jane Gale Esser<br>484 Monroe Avenue<br>Glencoe IL  60022 |
| United Tractor Leasing, LLC...continued | Johnson County, Georgia<br>P.O. Box 269<br>Wrightsville GA  31096-0269 |
| | MHC<br>1600 N. Corrington<br>Kansas City MO  64120 |
| | Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |
| | Orix Financial Services, Inc.<br>600 Town Park Lane<br>Suite 300<br>Kennesaw GA  30144 |
| | Paccar Financial Corp<br>P. O. Box 53041<br>Atlanta GA  30352-0491 |
| United Trailer Leasing, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL  60093 | Anat and Amos Madanes<br>1814 North Orleans<br>Chicago IL  60614 |
| | James Esser<br>484 Monroe Avenue<br>Glencoe IL  60022 |
| | Johnson County, Georgia<br>P.O. Box 269<br>Wrightsville GA  31096-0269 |
| | Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |
| | Orix Financial Services, Inc.<br>600 Town Park Lane<br>Suite 300<br>Kennesaw GA  30144 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Trailer Leasing, LLC...continued | Paccar Financial Corp<br>P. O. Box 53041<br>Atlanta GA  30352-0491 |
| United Transportation, Inc.<br>PO Box 499<br>Wrightsville GA  31096 | Airgas South<br>PO Box 9249<br>Marietta GA  30065 |
| | CP Ships USA, LLC<br>401 E Jackson St<br> Ste 3300<br>Tampa FL  33602 |
| | Dublin Printing Co.<br>128 E. Jackson St.<br>PO Drawer A<br>Dublin GA  31040 |
| | Georgia Natural Gas<br>PO Box 659411<br>San Antonio TX  78265 |
| | Georgia Power<br>241 Ralph McGill Blvd.<br>Atlanta GA  30308 |
| | Georgia Power<br>96 Annex<br>Atlanta GA  30396 |
| | Hapag-Lloyd<br>399 Hoes Lane<br>Piscataway NJ  08854 |
| | Jim Whitehead Tire Service<br>PO Box 6263<br>Augusta GA  30916 |
| | Johnson County, Georgia<br>P.O. Box 269<br>Wrightsville GA  31096-0269 |
| | Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor    Case No. _____
                                                                                            (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, Inc....continued | Nalley Motor Trucks<br>PO Box 403420<br>Atlanta GA  30384<br><br>TMW Trucking System<br>c/o US Bank<br>PO Box 643562<br>Cincinnati OH  45264<br><br>TNT Parts, Inc.<br>PO Box 162507<br>Atlanta GA  30321<br><br>Verizon Wireless<br>PO Box 660720<br>Dallas TX  75266<br><br>Verizon Wireless<br>PO Box 15062<br>Albany NY  12212<br><br>Verizon Wireless<br>PO Box 12045<br>Trenton NJ  08650<br><br>Verizon Wireless<br>PO Box 17577<br>Baltimore MD  21297<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley PA  18002<br><br>Waste Management of Richmond<br>PO Box 13648<br>Philadelphia PA  19101<br><br>White Tire inc.<br>PO Box 37926<br>Charlotte NC  28237<br><br>Yancey Bros. Co.<br>Drawer CS 198757<br>Atlanta GA  30384 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, LLC<br>778 Frontage Road<br>Suite 121<br>Northfield IL   60093 | American Interstate Ins. Co.<br>PO Drawer 1570<br>Deridder LA   70634<br><br>American Interstate Ins. Co.<br>PO Drawer 1570<br>Deridder LA   70634<br><br>Aramark Services<br>PO Box 3835<br>Savannah GA   31414<br><br>A-Statewide, Inc.<br>2310 Eagle Drive<br>Chesapeake VA   23323<br><br>AT & T<br>PO Box 9001310<br>Louisville KY   40290<br><br>AT & T<br>Alliant Law Group<br>97 E. Brokaw Road, Suite 240<br>San Jose CA   95112<br><br>AT & T<br>PO Box 105262<br>Atlanta GA   30348<br><br>AT&T Atlanta<br>PO Box 105503<br>Atlanta GA   30348<br><br>AT&T Long Distance<br>PO Box 856178<br>Louisville KY   40285<br><br>Atlanta Freightliner<br>PO Box 218<br>Forest Park GA   30298<br><br>Bell South Long Distance<br>PO Box 856178<br>Louisville KY   40285 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | Blue Cross Blue Shield of GA<br>P. O. Box 100376<br>Atlanta GA  30384-0376 |
| United Transportation, LLC...continued | BMW Financial Services<br>P. O. Box 9001065<br>Louisville KY  40290-1065 |
| | Bridgestone Firestone<br>PO Box 905392<br>Charlotte NC  28290 |
| | Broome Service Center<br>463 Old Jackson Highway<br>Jackson SC  29831 |
| | Chrysler Financial<br>P. O. Box 354<br>Lisle IL  60532-0354 |
| | Cintas Corporation<br>12524 Kingston Avenue<br>Chester VA  23836 |
| | City of Chesapeake<br>Barbara O. Carrawa, Treasurer<br>PO Box 1606<br>Chesapeake VA  23327 |
| | City of Wrightsville<br>190 E. Elm Street<br>Wrightsville GA  31096 |
| | CMA CGM<br>5701 Lake Wright Drive<br>Norfolk VA  23502 |
| | Comdata Network, Inc.<br>4385 Kimball Bridge Road<br>Suite 100<br>Alpharetta GA  30022 |
| | ComEd<br>Bill Payment Center<br>Chicago IL  60668-0001 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor       Case No. _____

                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, LLC...continued | Cosco Container Lines<br>100 Lighing Way, 3rd fl.<br>Secaucus NJ  07094<br><br>Cox Communication<br>PO BOX 37232<br>Baltimore MD  21297-3232<br><br>Cox Communications<br>PO Box 183124<br>Columbus OH  43218<br><br>CT Corporation System<br>Erin C. McBrearty<br>208 S. LaSalle<br>Chicago IL  60604<br><br>Cummins Power South<br>PO Box 403896<br>Atlanta GA  30384<br><br>Cummins Power South, LLC<br>PO BOX 403896<br>Atlanta GA  30384<br><br>Deluxe Business Checks & Solut<br>PO Box 742572<br>Cincinnati OH  45274<br><br>DeMarco, Kinnaman, Lewis & Co.<br>300 Knightsbridge Parkway<br>Lincolnshire IL  60069<br><br>Department of Transportation<br>4702  Mail Service Center<br>Raleigh NC  27699<br><br>First Horizon Insurance Agency<br>200 Galleria Parkway SE<br>Suite 600<br>Atlanta GA  30339<br><br>Gawthrop Greenwood, PC<br>17 East Gay Street<br>Suite 100<br>West Chester PA  19381-0562 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _United Transportation, LLC...continued_ | GE Capital<br>P. O. Box 740441<br>Atlanta GA  30374-0441<br><br>Goodyear Tire & Rubber<br>PO Box 277348<br>Atlanta GA  30384<br><br>Internal Revenue Service<br><br>Cincinnati OH  45999<br><br>James Esser<br>484 Monroe Avenue<br>Glencoe IL  60022<br><br>KY Division of Motor Carriers<br>Tax Branch<br>PO Box 2007<br>Frankfort KY  40602<br><br>Linda B. Kreter<br>122 Severn River Road<br>Severna Park MD  21146<br><br>Maersk Line<br>Accounts Receivable<br>9300 Arrowpoint Blvd.<br>Charlotte NC  28273<br><br>Marchman Chemical Products<br>PO Box 6262<br>Augusta GA  30906<br><br>McCart Insurance Agency, Inc.<br>2405 Satellite Blvd.<br>Suite 200<br>Duluth GA  30096<br><br>Mediterranean Shipping<br><br><br>Michael McAfee<br>2 Ozark Point<br>Little Rock AR  72205 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor    Case No. _____
                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, LLC...continued | NAPA Auto Parts<br>PO Box 409043<br>Atlanta GA  30384<br><br>Nicor<br>PO Box 416<br>Aurora IL  60568<br><br>North Caroline Dept. of Reven<br>of Revenue<br>P.O. Box 25000<br>Raleigh NC  27640<br><br>Office Max Credit Plan<br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream IL  60197<br><br>One America Financial Partners<br>One American Square<br>P. O. Box 368<br>Indianapolis IN  46206-0368<br><br>Orix Financial Services, Inc.<br>600 Town Park Lane<br>Suite 300<br>Kennesaw GA  30144<br><br>Paccar Financial Corp<br>P. O. Box 53041<br>Atlanta GA  30352-0491<br><br>People Technology<br>195 Peregrine Lane<br>Lake Zurich IL  60047<br><br>Public Utilities  Commission<br><br><br>Quarles Fuel Network<br>PO Box 7327<br>Fredericksburg VA  22404<br><br>Quill Corporation<br>PO Box 94081<br>Palatine IL  60094 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, LLC...continued | S. Carolina Emply. Sec. Comm<br>1550 Gadsen Street<br>PO Box 995<br>Columbia SC  29202<br><br>Safmarine<br>Accounts Receivable<br>9300 Arrowpoint  Blvd.<br>   28273<br><br>Sinclair Disposal Service<br>PO Box 9001795<br>Louisville KY  40290<br><br>State of GA - Dept. of Revenue<br>Motor Vehicle Division<br>PO Box 740381<br>Atlanta GA  30374<br><br>State of S.C. Dept of Revenue<br>301 Gervais Street<br>P.O. Box 125<br>Columbia SC  29214<br><br>The Bradmark Company<br>PO Box 874<br>Dublin GA  31040<br><br>Transportation Intern'l Pool<br>530 East Swedesboro Road<br>West Chester PA  19087<br><br>U. S. Premium Financing, Inc.<br>1255 Lakes Pkwy Bldg 200<br>Suite 250<br>Lawrenceville GA  300496<br><br>U.S. Department of Labor<br>61 Forsyth Street SW<br>Employee Benefits Security Adm<br>Atlanta GA  30303<br><br>Virginia Employment Commission<br>PO Box 27592<br>Richmond VA  23261 |

B6H (Official Form 6H) (12/07)

In re _David L. Carmell_ _____ / Debtor      Case No. _____
                                                                                 (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| United Transportation, LLC...continued | Washington Co. Internal Med.<br>501 Sparta Road<br>Suite F<br>Sandersville GA  31082<br><br>Wingfoot Commercial Tire<br>2518 Deans Bridge Road<br>Augusta GA  30906<br><br>Xtra Lease<br>4330 Bowman Industrial Ct.<br>Conley GA  30288 |

B6I (Official Form 6I) (12/07)

In re _David L. Carmell_ _____,   Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): _Spouse_ _Son_ | AGE(S): _50_ _20_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Unemployed_ | _Unemployed_ |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _0.00_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ _0.00_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ _0.00_ | $ _0.00_ |
| b. Insurance | $ _0.00_ | $ _0.00_ |
| c. Union dues | $ _0.00_ | $ _0.00_ |
| d. Other (Specify): | $ _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ _0.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ _0.00_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _0.00_ | $ _0.00_ |
| 8. Income from real property | $ _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ _0.00_ | $ _0.00_ |
| 13. Other monthly income (Specify): | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _0.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ _0.00_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ _0.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_Debtor has just obtained employment_

Page No. _1_ of _1_

B6J(Official Form 6J)(12/07)

In re _David L. Carmell_ _____,   Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,017.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | | |
| b. Is property insurance included? Yes ☐ No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 150.00 |
| c. Telephone | $ | 450.00 |
| d. Other _cable_ | $ | 193.00 |
| Other _gas_ | $ | 200.00 |
| Line 2 Continuation Page Total (see continuation page for itemization) | $ | 85.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,150.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 500.00 |
| b. Life | $ | 700.00 |
| c. Health | $ | 800.00 |
| d. Auto | $ | 534.00 |
| e. Other _Flood_ | $ | 135.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) _Property_ | $ | 1,453.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: _Auto lease_ | $ | 525.00 |
| c. Other: _Auto lease_ | $ | 404.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules | $ | 15,826.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 15,826.00 |
| c. Monthly net income (a. minus b.) | $ | (15,826.00) |

B6J(Official Form 6J)(12/07)-Continuation Page

In re _David L. Carmell_ , Case No. _____
                        **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

2. (continuation) OTHER UTILITIES

.......................................................................................................................................... $................................ 0

Line 2 Continuation Page Total (seen as line item "2" on Schedule J)    $            85.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *David L. Carmell*

Case No.
Chapter  7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $     425,000.00 | | |
| B-Personal Property | Yes | 4 | $     281,625.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $     900,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $     150,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $   3,996,181.28 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 16 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $     0.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $   15,826.00 |
| TOTAL | | 52 | $     706,625.00 | $   5,046,181.28 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *David L. Carmell*

Case No.

Chapter   7

_____   / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  _David L. Carmell_ _____          Case No. _____
                    Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____53_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/20/2009_____          Signature _/s/ David L. Carmell_____
                                                              _David L. Carmell_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *David L. Carmell*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No.** *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bank of America Mortgage* | *1 Baneberry Lane, Riverwoods, IL* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

**Property No.** *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Home Finance* | " |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

B 8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.  *1*

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365 (p)(2): |
|---|---|---|
| Infiniti Financial Services | 2008 Infiniti G 35 | ☒ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _02/20/2009_____      Debtor: _/s/ David L. Carmell_____

Date: _____      Joint Debtor: _____

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re   *David L. Carmell*
*aka David Laurence Carmell*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor:   *Richard H. Fimoff*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in
       connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *10,000.00*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *10,000.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____ *299.00*   of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
       file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
       court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
       *Loans from relative, Ellen Carmell*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
       *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
       *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *02/20/2009*                    Respectfully submitted,

                              X */s/ Richard H. Fimoff*
                              _____
        Attorney for Petitioner: *Richard H. Fimoff*
                              *Robbins, Salomon & Patt, Ltd.*
                              *25 East Washington Street*
                              *Suite 1000*
                              *Chicago IL  60602*
                              *312-782-9000*
                              *rfimoff@rsplaw.com*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *David L. Carmell*
    *aka David Laurence Carmell*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  **Richard H. Fimoff**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *02/20/2009*

*/s/ David L. Carmell*
Debtor

Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:*David L. Carmell*
   *aka David Laurence Carmell*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

*Year to date:0*
   *Last Year:*
*Year before:*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

Form 7 (12/07)

---

**3. Payments to creditors**

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Transport International Pool vs. United Transportation, LLC, et. al 07-00992* | *Breach of contract & piercing the corporate veil* | *Court of Common Pleas, Chester County, PA* | *pending* |
| *First Midwest Bank vs. Blue & Gray Holdings, LLC, et. al. 08 L 658* | *Breach of contract, guaranty* | *Circuit Court of the 19th Judicial Circuit, Lake County, IL* | *pending* |
| *New Century Bank vs. 18 Leasing, LLC, et. al. 2008 L 013771* | *Breach of contract, guaranty* | *Circuit Court of Cook County, Illinois, Law Division* | *pending* |
| *Orix Financial Services, Inc. vs. United Tractor Leasing, LLC, et. al.* | *Breach of contract, guaranty* | *Circuit Court of Cook County, Illinois, Law Division* | *pending* |

Form 7 (12/07)

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name:BMW Financial Services<br>Address:P. O. Box 9001065<br>Louisville, KY 40290-1065 | 1/09 | Description:2008 BMW 528xi<br>Value:40,000.00 |

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Richard H. Fimoff<br>Address:<br>25 East Washington Street | Date of Payment:<br>Payor: David L. Carmell | $10,000.00 |

Statement of Affairs - Page 3

Form 7 (12/07)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Suite 1000*
*Chicago, IL 60602*

---

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Form 7 (12/07)

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Blue & Gray Transportation, LLc* | *ID:54-1913398* | *778 Frontage Road Suite 121 Northfield, IL* | *Trucking* | *1997-2008* |

Form 7 (12/07)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| | | *60096* | | |
| *United Transporation, LLC* | *ID:20-1554047* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Trucking* | *2004-2008* |
| *Blue & Gray Holdings, LLC* | *ID:52-2241097* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Trucking* | *1997-2008* |
| *United Tractor Leasing, LLC* | *ID:20-1730322* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Equipment leasing* | *2004-2008* |
| *United Trailer Leasing, LLC* | *ID:20-1730303* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Equipment leasing* | *2004-2008* |
| *MSEBC Realty, LLC* | *ID:54-1913390* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Equipment leasing* | *1997-2008* |
| *Talman Invest Corporation, Inc.* | *ID:54-6027636* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Property* | *1997-2008* |
| *18 Leasing, LLC* | *ID:26-2416220* | *778 Frontage Road Suite 121 Northfield, IL 60096* | *Equipment leasing* | *2008* |
| *Eagle American Logistics, LLC* | *ID:26-2416260* | *778 Frontage Road* | *Trucking* | *2008* |

Form 7 (12/07)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | Suite 121 Northfield, IL 60096 | | |
| Eagle Logistics Management, Inc | ID:26-2416260 | 778 Frontage Road Suite 121 Northfield, IL 60096 | transporation | 2007-2008 |
| United Transporation Manager, Inc. | ID:26-1803945 | 778 Frontage Road Suite 121 Northfield, IL 60096 | transportation | 2007-2008 |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

Name:Michael K. McAfee                                          Dates:1997-2008
Address:2 Ozark Point
Little Rock, AR 72205

Name:DeMarco, Kinnaman, Lewis & Co.                      Dates: 2000-2008
Address:300 Knightsbridge Pkwy
Suite 350
Lincolnshire, IL 60069

Form 7 (12/07)

---

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| *Michael K. McAfee* | *2 Ozark Point*<br>*Little Rock, AR 72205* | *Dates:1997-2008* |

---

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| *Name:Michael McAfee*<br>*Missing:unknown* | *2 Ozark Point*<br>*Little Rock, AR 72205* |

---

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *New Century Bank* | *363 W. Ontario*<br>*Chicago, IL* | *Dates: various* |
| *First Midwest Bank* | *One Pierce Place*<br>*Itasca, IL 60143* | *Dates: various* |
| *Orix Financial Services* | *1600N. Corrington*<br>*Kansas City, MO 64129* | *Dates: various* |
| *Associates First Capital*<br>*Corporation* | *3590 Regent Blvd*<br>*Irving TX 75063* | *Dates: various* |

---

## 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Statement of Affairs - Page 8

Form 7 (12/07)

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *02/20/2009*                Signature  */s/ David L. Carmell*
                                  of Debtor

Date  _____           Signature  _____
                                  of Joint Debtor
                                  (if any)

Statement of Affairs - Page 9